**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-2316**

───────────

DARYL LEWIS GILLEY COLINOT,

        Plaintiff - Appellant,

    v.

ESPEJO FAMILY LIMITED PARTNERSHIP, RLLP T/A EAST BEACH
MARINE MARINA; BLANDINE ESPEJO; VININGS MARINE, INC.; THE
CITY OF NORFOLK, VIRGINIA; COMMONWEALTH OF VIRGINIA, Dept.
of Game & Inland Fisheries; STEPHEN J. GREGORY, an
individual; BRIAN PARKER, an individual; UNITED STATES
POSTAL SERVICE; ESPEJO FRIEND OR ASSOCIATE, JANE DOE; CUTTY
SARK MARINA; JANE DOE, Co-Owner/Cook; OFFICER CROWDER, In
Capacity of Chief of Investigations, Norfolk Police
Department; CAPTAIN A. M. POMERANZ, Norfolk Police
Department; CINDY HALL, In Capacity of Asst. City Atty; G.
C. WALL, In Capacity of Police Officer; W. G. SNYDER, In
Capacity of Police Officer; OFFICER LOGAN, Norfolk Police
Department; POLICE OFFICERS, John Does 1-7 Norfolk PD; U.S.
POSTAL WORKER JOHN DOE; DORITA ADAMS, as head of boat
titling dept.; JOHN EVANS, as boat titling agent; CINDY
MORGAN, as boat titling agent,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:14-cv-00475-RAJ-DEM)

───────────

Submitted: April 19, 2016        Decided: April 21, 2016

───────────

Before AGEE, DIAZ, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

_____

Daryl Lewis Gilley Colinot, Appellant Pro Se. Marissa Marriott Henderson, VENTKER WARMAN HENDERSON, PLLC, Norfolk, Virginia; Heather Ann Mullen, CITY ATTORNEY'S OFFICE, Norfolk, Virginia; Jonathan Duncan Pitchford, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Douglas Fredericks, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Lewis Gilley Colinot appeals the district court's orders striking his third amended complaint, dismissing his civil action, and denying leave to file his fourth amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Colinot v. E. Beach-Bay Marine Marina, No. 2:14-cv-00475-RAJ-DEM (E.D. Va. Sept. 22 & Sept. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED